United States District Court
Southern District of Texas
**ENTERED**
November 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARA NASH, | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No.: 4:16-cv-02548 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and OCCIDENTAL PETROLEUM CORPORATION WELFARE LONG TERM DISABILITY COMPONENT, | § § § § § § | |
| Defendant. | § | |

### [PROPOSED] ORDER

Upon consideration of Prudential's Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion to Determine Standard of Review (ECF No. 21), it is hereby:

**ORDERED AND ADJUDGED** that Prudential's response to Plaintiff's Motion to Determine Standard of Review shall be filed on or before November 23, 2016.

IT IS SO ORDERED this *16th* day of *November*, 2016.

_____
The Honorable Judge Sim Lake
United States District Judge

35874227v.1