IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARA NASH | § | |
| | § | |
| VS. | § | CA No. 4:16-cv-02548 |
| | § | |
| THE PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA and | § | |
| OCCIDENTAL PETROLEUM | § | |
| CORPORATION WELFARE LONG | § | |
| TERM DISABILITY COMPONENT | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff Lara Nash and Defendants The

Prudential Insurance Company of America and Occidental Petroleum Corporation Long

Term Disability Component hereby announce that Plaintiff dismisses this action with

prejudice to the refiling of same. This matter has been settled.

The parties shall bear their own attorneys' fees and costs.

Respectfully submitted,


By:__/s/_Amar Raval_____
    James C. Plummer, TBA #16075700
    Federal I.D. No. 3692
    Amar Raval, TBA #24046682
    S.D. No. 619209
    Plummer | Raval
    4203 Montrose Blvd., Suite 270
    Houston, Texas 77006
    (713) 522-2887
    (713) 522-3605 (Fax)
    Jplummer@plummerlawyers.com
    Araval@plummerlawyers.com

    ATTORNEYS FOR PLAINTIFF

K:\Nash, Lara (2)\Stipulation of Dismissal.wpd

By:___/s/___Shelley Hebert b/p ARaval

Esteban Shardonofsky
S.D. Tex. ID No. 615928
Seyfarth Shaw LLP
700 Milam St., Suite 1400
Houston, TX 77002
(713) 225-2300
(713) 225-2340 Fax
Sshardonofsky@seyfarth.com

Shelley Hebert
Seyfarth Shaw LLP
131 South Dearborn St., Suite 2400
Chicago, IL 60603
(312) 460-6000
(312) 460-7000 (Fax)
Shebert@seyfarth.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Stipulation of Dismissal with Prejudice was served by hand delivery, certified mail, return receipt requested, or by fax transmission on November 21, 2016, to:

Esteban Shardonofsky
Seyfarth Shaw LLP
700 Milam St., Suite 1400
Houston, TX 77002

Shelley Hebert
Sam Schwartz-Fenwick
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603

_/s/_Amar Raval_____
Amar Raval

K:\Nash, Lara (2)\Stipulation of Dismissal.wpd