United States District Court
Southern District of Texas
**ENTERED**
November 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lara Nash, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-16-2548 | |
| § | | |
| The Prudential Insurance Company § | | |
| of America, et al, § | | |
|     Defendants. § | | |

## O R D E R

In accordance with the Joint Stipulation of Dismissal filed on November 21, 2016 (docket entry no. 25), this action is dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 21st day of November, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE